IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTA BURCH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-01798 |
| § | |
| FAY SERVICING, LLC, § | |
| § | |
| Defendant. § | |
| § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Christa Burch ("Burch") and Defendant Fay Servicing, LLC ("Fay") (collectively, the "Parties") hereby file this Joint Notice of Settlement and respectfully show the Court as follows:

The Parties have reached a settlement in principle regarding the claims and causes of action asserted in the above-reference-and-numbered cause. The Parties fully expect to present dismissal papers to the Court within thirty (30) days. The Parties respectfully request that the Court remove the above-captioned-and-numbered lawsuit from the Court's August 1, 2024 Initial Pretrial and Scheduling Conference[1] setting and stay any pretrial deadlines, including Fay's June 24, 2024 deadline to answer or otherwise respond to Burch's Complaint and the Parties' July 18, 2024 deadline to file the Joint Discovery/Case-Management Plan and the proposed Joint Scheduling and Docket Control Order.

---

[1] Doc. No. 5.

Respectfully submitted,

/s/ *Helen O. Turner*
**B. David L. Foster – Attorney-in-Charge**
Texas Bar No. 24031555
S.D. Texas Bar No. 35961
dfoster@lockelord.com
LOCKE LORD LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 740-8800

**Robert T. Mowrey**
Texas Bar No. 14607500
S.D. Texas Bar No. 9529
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Helen O. Turner**
Texas Bar No. 24094229
S.D. Texas Bar No. 2924121
helen.turner@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1280
Facsimile: (713) 229-2501

**COUNSEL FOR DEFENDANT**
**FAY SERVICING, LLC**

**-AND-**

>*/s/Erick DeLaRue with permission*
>Erick DeLaRue
>Texas Bar No. 24103505
>S.D. Texas Bar No. 3087017
>erick.delarue@delaruelaw.com
>LAW OFFICE OF ERICK DELARUE, PLLC
>2800 Post Oak Boulevard, Suite 4100
>Houston, Texas 77056
>Telephone: (713) 899-6727
>
>**COUNSEL FOR PLAINTIFF**
>**CHRISTA BURCH**

### CERTIFICATE OF SERVICE

The undersigned certifies that, on June 24, 2024, a true and correct copy of the foregoing document was delivered to the following counsel of record *via CM/ECF, email, and/or CMRRR* consistent with the Federal Rules of Civil Procedure.

Erick DeLaRue
Texas Bar No. 24103505
S.D. Texas Bar no. 3087017
erick.delarue@delaruelaw.com
LAW OFFICE OF ERICK DELARUE, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
Telephone: (713) 899-6727

*Counsel for Plaintiff*
*Christa Burch*

>*/s/ Helen O. Turner*
>Counsel for Defendant